PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Maria Arroyo-Huerta ) <br> Defendant(s) ) | CRIMINAL NO. 08mj726 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

CATHY ANN BENCIVENGO

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Romana Nava Flores

DATED: 3/12/08

RECEIVED _____
         DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082