# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff      )
                                   )     CRIMINAL NO. _____ 08CR0835-JM
                                   )
          vs.                      )          ORDER      08mj0700
                                   )
T/N: Lillian Aguilar de la Serna   )     RELEASING MATERIAL WITNESS
aka: Maria Arroyo-Huerta           )
                    Defendant(s)   )     Booking No. 07469298
                                   )
_____    )

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Jose Galvan-Salmeron

DATED: _____ 3-20-08

**CATHY ANN BENCIVENGO**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                         OR
         DUSM

                              W. SAMUEL HAMRICK, JR.   Clerk
                         by
                              Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082