AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

MAR 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| ~~MARIA ARROYO-HUERTA~~ Lillian Aguilar de la Serna | CASE NUMBER: 08CR0835-JM |

I, MARIA ARROYO-HUERTA, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __3/20/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

C. Lilian Aguilar De La Serna
Defendant

_____
Defense Counsel

Before _____
Judicial Officer